UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 8:01-CR-399-T-27EAJ

DANIEL EDWARD MORITZ

_____/

ORDER REVOKING SUPERVISED RELEASE
AND
JUDGMENT AND COMMITMENT

THIS CAUSE is before the Court on this 21st day of November , 2006, on a Petition to Revoke Supervised Release. The Defendant, **DANIEL EDWARD MORITZ**, appeared with Counsel, Alec Hall, AFPD; and Christopher Murray, AUSA, appeared for the United States of America. Probation Officer, Carol Broughton, was also present at the hearing.

After hearing testimony of witnesses for the government and the defense, and upon consideration of same, the Court finds that defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **DANIEL EDWARD MORITZ**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **NINETY (90) DAYS.**

No further supervision is imposed.

**DONE AND ORDERED** at Tampa, Florida this 21st day of November, 2006.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation